I. B. MILLER CONTRACTING CORP., Respondent, *v.* B. TURECAMO CONTRACTING CO., INC., et al., Appellants, and TRIBOROUGH BRIDGE AUTHORITY, Impleaded Defendant-Respondent.

Argued February 24, 1947; decided April 11, 1947.

*Chester B. McLaughlin, Lester D. Stickles* and *William Mertens, Jr.,* for appellants.

*Joseph Feldman, Louis Rosenberg* and *Irwin H. Rosenberg* for plaintiff-respondent.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel* of counsel), for Triborough Bridge Authority, impleaded defendant-respondent.

Judgment affirmed, with costs to each respondent; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.